

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on October 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Michelle  Maglione aka Michelle Maglione-Signoretta, | Case No. 13-36337-KCF |
| | Hearing Date: September 14, 2016 at 9:00 a.m. |
| Debtor. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 21, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Michelle Maglione |
| Case No.: | 13-36337-KCF |
| Caption of Order: | CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY |

The parties have resolved Secured Creditor's Motion to Vacate Automatic Stay with respect to secured collateral held by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust, with respect to personal property described as 2013 TOYOTA CAMRY, VIN: 4T1BK1FK1DU528173 (the "Vehicle"), as follows and have consented to the entry of the within Order:

**ORDERED AS FOLLOWS:**

1. The Vehicle was returned to the Secured Creditor on May 6, 2016.
2. The automatic stay is vacated nunc pro tunc as it applies to Toyota Motor Credit Corporation as servicer for Toyota Least Trust to the date the Secured Creditor received the vehicle. Toyota Motor Credit Corporation as servicer for Toyota Least Trust may proceed with the sale of the vehicle.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Jenkins & Clayman** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By:/s/ Francesca A. Arcure _____ | By: _/s/ Eric Clayman_____ |
| Francesca A. Arcure | Eric Clayman |
| Date: October 17, 2016 | Date: October 17, 2016 |