Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Michelle  Maglione aka Michelle Maglione-Signoretta, | Case No. 13-36337-KCF |
| | Hearing Date: September 14, 2016 at 9:00 a.m. |
| Debtor. | Judge: Kathryn C. Ferguson |

### CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: October 21, 2016**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

CONSENT ORDER

3511-N-5059
OrdCOEPPNJBA1

Debtor:              Michelle  Maglione
Case No.:            13-36337-KCF
Caption of Order:    CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION
                     TO VACATE AUTOMATIC STAY

---

The parties have resolved Secured Creditor's Motion to Vacate Automatic Stay with respect to secured collateral held by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust, with respect to personal property described as 2013 TOYOTA CAMRY, VIN: 4T1BK1FK1DU528173 (the "Vehicle"), as follows and have consented to the entry of the within Order:

**ORDERED AS FOLLOWS:**

1. The Vehicle was returned to the Secured Creditor on May 6, 2016.
2. The automatic stay is vacated nunc pro tunc as it applies to Toyota Motor Credit Corporation as servicer for Toyota Least Trust to the date the Secured Creditor received the vehicle. Toyota Motor Credit Corporation as servicer for Toyota Least Trust may proceed with the sale of the vehicle.


Consent to Form and Entry

**Buckley Madole, P.C.**                    **Jenkins & Clayman**
Attorney for the Secured Creditor           Attorney for the Debtor

By:*/s/ Francesca A. Arcure* _____        By: */s/ Eric Clayman*_____
   Francesca A. Arcure                          Eric Clayman

Date: October 17, 2016                       Date: October 17, 2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-36337-KCF
Michelle Maglione                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 21, 2016
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db              +Michelle Maglione,    4 Downing Road,    Hamilton Square, NJ 08690-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
          bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Michelle   Maglione jenkins.clayman@verizon.net
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
          nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
          Toyota Lease Trust nj_ecf_notices@buckleymadole.com
          Stephanie F. Ritigstein    on behalf of Debtor Michelle   Maglione jenkins.clayman@verizon.net
          Young-Lynn  Lee    on behalf of Creditor    Harley-Davidson Credit Corp. ylee@schillerknapp.com,
          kcollins@schillerknapp.com
                                                                                               TOTAL: 9