| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on November 1, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>      Michelle Maglione<br>          Debtor | Case No:   13-36337<br><br>Chapter:    13<br><br>Judge:     KCF |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 1, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__300.00____ for services rendered and expenses in the amount of $__10.85_____ for a total of $___310.85_____. The allowance shall be payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for _____n/a_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Maglione
    Debtor

Case No. 13-36337-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Nov 01, 2018
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
db           +Michelle Maglione,   4 Downing Road,   Hamilton Square, NJ 08690-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Eric  Clayman   on behalf of Debtor Michelle  Maglione jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Francesca Ann Arcure   on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation as servicer for Toyota Lease Trust NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Jeffrey E. Jenkins   on behalf of Debtor Michelle  Maglione jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Stephanie F. Ritigstein   on behalf of Debtor Michelle  Maglione jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Young-Lynn Lee   on behalf of Creditor   Harley-Davidson Credit Corp. ylee@schillerknapp.com, kcollins@schillerknapp.com
                                                                                                   TOTAL: 10