| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | <br>Order Filed on December 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michelle Maglione<br>Debtor | Case No: 13-36337<br><br>Chapter: 13<br><br>Judge: KCF |

# AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 17, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__300.00_____ for services rendered and expenses in the amount of $__10.85_____ for a total of $___310.85_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority (this fee has already been granted and has been paid by the Trustee).

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a_____ per month for _____n/a_____ months to allow for payment of the foresaid fee.